2:11-mj-66-JHR

SCANNED

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED & FILED
2011 APR 22 A 10:33

**Synopsis**

| | |
|---|---|
| **Name:** | Tammy Sargent |
| **Address:** **(City & State Only)** | South Portland, ME |
| **Year of Birth and Age:** | 1975; 35 years old |
| **Violations:** | Count One: Conspiracy to Acquire Drugs by Deception<br><br>Count Two: Health Care Fraud |
| **Penalties:** | Count One: Imprisonment of not more than four years; fine of not more than $250,000. 21 U.S.C. § 843(d)(1). This is a Class E felony pursuant to 18 U.S.C. § 3559(a)(5).<br><br>Count Two: Imprisonment of not more than twenty years; fine of not more than $250,000. 21 U.S.C. § 1347. This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3). |
| **Supervised Release:** | Count One: Not more than one year. 18 U.S.C. § 3582(b)(3).<br><br>Count Two: Not more than three years. 18 U.S.C. § 3582(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count One: Not more than one year. 18 U.S.C. § 3583(e)(3).<br><br>Count Two: Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count One: One year less any term of imprisonment that was imposed upon revocation of supervised release. 18 U.S.C. § 3583(h).<br><br>Count Two: Three years less any term of imprisonment that was imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | |
| **Primary Investigative Agency and Case Agent Name:** | HHS-OIG – S/A Eric Hafener |
| **Detention Status:** | To be determined |
| **Foreign National:** | No |

| | |
|---|---|
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Cumberland |
| **AUSA:** | David B. Joyce |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |